(PG 1.) <u>AFFIDAVIT</u> January 21, 2015

Original cause# AN, new reindicted 42,398-01
2014-CR5570 ↓ [CAUSE# 2014-CR10168]

(DC 187) STATEMENT OF FACTS to SUPREME

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 26 2015
Abel Acosta, Clerk

Defendant MARCUS COOPER sid#(899403)

To the honorable Judges of the Supreme court of TX, I have been confined in Bexar county since April 23, 2014 under false alligations. But I have filed for a Constitutional Speedy Trial 4X times total, 3X under original cause# 2014-CR5570, an 1X under new cause# 2014-CR10168, It's very simple on August 22, 2014 I was suppose to go to Trial, an it was delayed without my permission, That state, Prosecutor has made a lot of mistakes on my indictment on purpose to delayed my right to Trial. I was reindicted December 8 2014, December 22, 2014 filed another speedy Trial for the 4th time, I am sceduled for Trial January 30, th 2015, So I've filed this motion to Dissimiss for Failure to Provide a Constitutional Speedy Trial. Motion should be granted if no Trial happens January 30, 2015, also Motion for Inspection of Grand Jury Testimony should be grandted, because false on bios tactics was used to indict me, July 3, 2014, an reindictement December 8, 2014, Also Motion to Request Prosecution to Reveal Avreement with Witness, should be considerd because Prosecution made deals with the witness who is a prostitute to testify falsly against me at Trial.

Note: Also TimeLine copies of SPEEDY Trial Filed Provided in Envelope Also writ of Mandamus was file with 4th court of Appeals in September 2014 Denied, then Mandamus filed again with Supreme Court November 6, 2014

Sincerely Written
Marcus Cooper

1/21/15
IMELDA FIGUEROA
NOTARY PUBLIC

CC
FILE

<u>AFFIDAVIT</u>                January 21, 2015

## (DC 187) STATEMENT OF FACTS TO SUPREME COURTS
### Defendant MARCUS COOPER sid #899403

ON Page 1, I stated that the STATE made deals with it's witness <u>DANIELLE MARIA LOPEZ</u>, to testify falsly against me at Trial. An Motion To Request Prosecution to Reveal Agreement with witness should be Granted because:

1. She is a Prostitute with criminal record.

2. After making false alligations she could never identify the accused.

3. After Police report of March 30, 2013, She still continued the have more prostitution charges against her.

4. My Trial Original was for August 22, 2014, an delayed because they didn't have witness reday, ready for Trial. She was hidding.

5. In September 2014 she was arrested for multiple warrants an more prostitution charges, She was release Prosecution made deals with her charges an warrants, to testify falsly against me at New Trial, or 2nd attempt at Trial 2015.

Note: Also TimeLine of SPEEDY Trial Filed Provide next Envelope

Note: Also, Motion to Dismiss for Failure to Provide a Constitutional Speedy Trial, AN Motion For Inspection OF Grand Jury Testimony, Will or have been sent to [DC Courtroom 187]. Also I have no recieved a respons for November 6, 2014 filement of Writ OF Mandamus.

Sincerely written
Marcus Cooper
# 899403, BA-2
200 N. COMAL
San Antonio, TX 78207

C.C.
FILE

IMELDA FIGUEROA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-11-2015

[Case Dismissed, reindicted 12-8,2014]

new cause#

Cause NO. **2014-CR10168**

[Original cause#
2014-CR5570]

THE STATE OF TEXAS                    IN THE DISTRICT COURT

VS.                                   181 JUDICIAL DISTRICT

MARCUS COOPER                         BEXAR COUNTY, TEXAS

4th Attempt refiled new CAUSE#
2014-CR10168

MOTION FOR SPEEDY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now MARCUS COOPER , Defendant in the above styled
and numbered cause and files this Motion for Speedy Trial and in support of said
motion would show the Court the following:

[Reindicted, December 8, 2014]

I.

On the 3rd day of July , 2014 , Defendant was
charged with the felony offense of 22.021, Agg sexual Assault, a violation of
the Texas Penal/Health & Safety Code, which was alleged to have been
committed on the 30th day of March , 2013 .

II.

Defendant was arrested on the 23rd day of April ,
2014 , and confined in the Bexar County Adult Detention Center, San
Antonio, Texas to await trial on said charge.

III.

Defendant was denied reasonable bond and has remained confined to jail since
his arrest. Defendant has been confined for 243 days awaiting trial, and at all
times during his confinement has been ready for trial.

C.C.
FILE

IV.

note: This is the 4th Attempt Constitutional Speedy Trial
with new cause# 2014.-CR10168.
Also MOTION TO Dismiss For Failure Provide SPEEDY Trial Filed.

Defendant is being prejudiced by State's delay because defense witnesses are becoming unavailable and such witnesses as remain will have forgotten facts that would be beneficial to defendant.

WHEREFORE, PREMISES CONSIDERED, Defendant prays he be granted a speedy trial of said charge, or, that said indictment be dismissed and Defendant be released from confinement.

Respectfully submitted,

_Marcus Cooper_

_____
Attorney for Defendant

Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 22nd day of December , 2014, a true and correct copy of the above and foregoing Motion for Speedy Trial was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_Marcus Cooper_

Defendant

## ORDER

On this the ____ of _____, _____, came on to be heard Defendant's Motion for Speedy Trial and said motion is hereby

( ) GRANTED        ( ) DENIED

Signed this ____, day of _____, _____.

_____
Judge Presiding

CASE Dismissed and Refiled

CAUSE-# _New cause # 2014-CR10168_

┌ Original cause # 2014-CR5570 ┘

THE STATE OF TEXAS
vs
MARCUS COOPER

IN THE DISTRICT
COURT
187 JUDICIAL DISTRICT
BEXAR COUNTY TEXAS

MOTION TO DISMISS — FOR FAILURE TO PROVIDE
A    CONSTITUTIONAL   SPEEDY TRIAL

TO  the  Honorable Judge of said Court:
Now comes MARCUS COOPER, defendant in the above entitled
and numbered cause, by an files this his MOTION TO DISMISS
and would show the court the following:

[original indictment, the case refiled later]  I. [December 8, 2014, reindicted]

ON the __3rd__ day of __July__ 2014, the defendant
was charged with the offense of _Agg Sexual Assault_
alled to have been committed on or about the __30th__
day of _March_ , 2013 .

II.

The defendant was arrested on the __23rd__ day of
April 2014, and was confined in the COUNTY JAIL OF
BEXAR COUNTY TEXAS to await trial on said charge.

III.

The defendant has at all times since his arrest been
available for trial, but the State has not exercised
due diligence in preparing for trial, in securing the
attendance of witnesses or presence of defendant.

note: SPEEDY Trial was filed 4 times total with, with
Original cause # 2014-CR5570 3 times, case was dismissed then
refiled. Then 1 SPEEDY TRIAL FILED December 22, 2014
under new cause # 2014-CR10168.

## III.

The Defendant has not attempted to avoid Prosecution, and the unreasonable delay in bringing the case to trial has been due solely to the State's lack of diligence.

## IV.

The Defendant has been Prejudiced by the state's unreasonable delay because defense witnesses are becoming unavailable and such as remain will have forgotten the facts that would be beneficial to the Defendant. The State's failure to provide A SPEEDY Trial is in direct violation of the Sixth* and Fourteenth* Amendments to the U.S. Constitution, and Art. 1 sec 10 of the Texas Constitution, and Art 1.05 of the TEXAS Code of Criminal Procedure.

## V.

The Defendant's constitutional rights have been seriously violated, resulting in impairment to his defense and in undue oppression and concern.

Wherefore, Defendant Prays that said charge be dismissed with Prejudice and the Defendant be released from confinement.

respectfully submitted

_____
Attorney for Defendant

_____
Defendant Pro-SY
Pro se

# CERTIFICATE OF SERVICE

I, hereby certify that on this the 21st day of January 2015, A true and correct copy of the above and foregoing Motion TO Dismiss For FAILURE TO Provide A CONSTITUTIONAL SPEEDY Trial, was transmitted to the office of Supreme Court of Criminal Appeals Bldg. 201 w. 14st, Room 106 Austin, TX 78711

ATTN: SUPREME COURT

Defendant Pro SE

*Marwn Cooper*
Defendant Pro SE